RECEIVED U.S. MARSHALS
2025 NOV 21 PM 12:34

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
Middle District of Florida

United States of America
v.

Lamberto Perez Paez

_____
*Defendant*

)
)
)
)
)
)
)

Case No. 8:25-mj-3547-AAS

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Lamberto Perez Paez                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Alien found in the United States without permission after removal, in violation of 8 U.S.C. § 1326(a) and (b)(1).

Date: November 21, 2025                                 _____
                                                                   *Issuing officer's signature*

City and state:          Tampa, FL                      AMANDA ARNOLD SANSONE, U.S. Magistrate Judge
                                                                   *Printed name and title*

| Return |
|---|

This warrant was received on *(date)* 11/21/25, and the person was arrested on *(date)* 11/20/25
at *(city and state)* Tampa, FL.

Date: 11/21/25          FOR CBP          _____
                                                    *Arresting officer's signature*

                                                    R. Devall CBPO
                                                    *Printed name and title*