# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

## CLERK'S MINUTES

| CASE NO.: | 8:25-mj-3547-AAS | | DATE: | November 21, 2025 |
|---|---|---|---|---|
| **HONORABLE AMANDA A. SANSONE** | | | **INTERPRETER:** | James Plunkett |
| UNITED STATES OF AMERICA<br><br>v.<br><br>LAMBERTO PEREZ PAEZ | | | **LANGUAGE:** | Spanish |
| | | | **GOVERNMENT COUNSEL**<br>Muriel Moore | |
| | | | **DEFENSE COUNSEL**<br>Howard Williams | |
| **COURT REPORTER:** Digital | | | **DEPUTY CLERK:** | Jeremiah Smith |
| **TIME:** | 2:15 PM – 2:20 PM | **TOTAL:** 5 Minutes | **PRETRIAL:** | N/A |
| | | | **COURTROOM:** | 10B |

**PROCEEDINGS:  INITIAL APPEARANCE**

Interpreter sworn in. Oral motion to appoint an interpreter is granted.

Defendant present.

Defendant was provided with a copy of the complaint.

The court advises the defendant of their Rule 5 rights and charges.

Oral Order of Due Process.

Financial affidavit filed.

Oral motion for counsel. Motion granted, and the Court appoints the Public Defender's Office.

Preliminary hearing waived.

**Detention:**

Government: Seeking detention.

Defendant: Reserve the right for a detention hearing with the filing of an appropriate motion.

Court: Defendant is ordered detained.   Defendant remanded to the custody of the USMS.