UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                    Case No. 8:25-mj-3547-AAS

LAMBERTO PEREZ PAEZ

_____/

**ORDER OF DETENTION**

This cause came before the Court on the Defendant's initial appearance on a complaint charging him with one count of Illegal Reentry of a Removed Alien. (Doc. 1). The government seeks to detain the Defendant, and the Defendant has deferred on the matter, electing to reserve the right to address the issue of his release at a later date.

In light of the information before the Court at this juncture, the Court finds there is no condition or combination of conditions presently available that would allow for the Defendant's release and reasonably assure his future appearance in court. The Court notes in this regard that, among other considerations, the Defendant apparently has no lawful status in the United States and is currently the subject of an Immigration and Customs Enforcement detainer. Accordingly, the Court directs that the Defendant be detained. Counsel may revisit the question of the Defendant's release by subsequent motion should the circumstances warrant such

relief.

The Defendant is hereby committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The Defendant shall be afforded a reasonable opportunity for consultation with counsel. On order of a court of the United States or upon request of an attorney for the government, the person in charge of the corrections facility shall deliver the Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

SO ORDERED in Tampa, Florida, this 24th day of November 2025.

AMANDA ARNOLD SANSONE
United States Magistrate Judge

Copies to:
Counsel of record