AO 442 (Rev. 11/11) Arrest Warrant

RECEIVED U.S. MARSHALS
2025 NOV 21 PM 12:34

# UNITED STATES DISTRICT COURT
## for the
### Middle District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 8:25-mj-3547-AAS |
| Lamberto Perez Paez | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Defendant_ | ) | |

## ARREST WARRANT

NOV 24 2025 PM 4:15
FILED - USDC - FLMD - TPA

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Lamberto Perez Paez                                                                                      ,
who is accused of an offense or violation based on the following document filed with the court:

❐ Indictment     ❐ Superseding Indictment     ❐ Information     ❐ Superseding Information     ☑ Complaint
❐ Probation Violation Petition     ❐ Supervised Release Violation Petition     ❐ Violation Notice     ❐ Order of the Court

This offense is briefly described as follows:

Alien found in the United States without permission after removal, in violation of 8 U.S.C. § 1326(a) and (b)(1).

Date: November 21, 2025

_____
Issuing officer's signature

City and state:          Tampa, FL                          AMANDA ARNOLD SANSONE, U.S. Magistrate Judge
_____
Printed name and title

| Return |
|---|
| This warrant was received on *(date)* 11/21/25 , and the person was arrested on *(date)* 11/20/25 at *(city and state)* Tampa, FL . |
| Date: 11/21/25          FOR CBP           _____  Arresting officer's signature |
| R Devall CBDP  _____  Printed name and title |