DEC 17 2025 PM 2:48
FILED - USDC - FLMD - TPA

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

UNITED STATES OF AMERICA

v.

LAMBERTO PEREZ PAEZ

CASE NO. 8:25-cr-574-RAL-AEP
8 U.S.C. § 1326(a)
(Illegal Re-Entry by Deported Alien)

## INDICTMENT

The Grand Jury charges:

## COUNT ONE
### (Illegal Re-Entry by Deported Alien)

On or about November 20, 2025, in the Middle District of Florida, the defendant,

### LAMBERTO PEREZ PAEZ,

being an alien of the United States, and was deported, excluded, and removed from the United States on or about November 16, 2018, and who had not received the consent of the Attorney General or the Secretary of Homeland Security to reapply for admission to the United States, was found to be voluntarily in the United States.

In violation of 8 U.S.C. § 1326(a).

A TRUE BILL,

<span style="background-color:black; color:black">████████████████</span>

Foreperson

GREGORY W. KEHOE
United States Attorney

By: _____

Yara Dodin
Assistant United States Attorney

By: _____

FOR James C. Preston, Jr.
Assistant United States Attorney
Chief, Violent Crime and Racketeering
Section

No.

# UNITED STATES DISTRICT COURT
Middle District of Florida
Tampa Division

## THE UNITED STATES OF AMERICA

vs.

## LAMBERTO PEREZ PAEZ

## INDICTMENT

Violations: 8 U.S.C. § 1326(a)

A true bill,

_____
Foreperson

Filed in open court this 17th day

of December, 2025.

_____
Clerk

Bail $_____

GPO 863 525