UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                    CASE NO. 25-CR-00574-RAL-AEP

LAMBERTO PEREZ PAEZ

**NOTICE OF MAXIMUM PENALTIES, ELEMENTS OF OFFENSE,
AND FACTUAL BASIS**

The United States of America, by Gregory W. Kehoe, United States Attorney

for the Middle District of Florida, hereby files this Notice of Maximum Penalties,

Elements of Offense, and Factual Basis, stating as follows:

ESSENTIAL ELEMENTS

The essential elements of a violation of 8 U.S.C. § 1326(a), illegal reentry by

deported alien, are as follows:

First:          The defendant was an alien at the time stated in the indictment,

Second:         The defendant had been deported, excluded, or removed from
                the United States,

Third:          Afterward, the defendant had been found to be voluntarily back
                in the United States; and

Fourth:         The defendant did not have the consent of the Attorney General
                or the Secretary of Homeland Security to apply for readmission
                to the United States.

<u>PENALTY</u>

The penalty for the offense charged in Count One of the Indictment is not more than two years of imprisonment, up to three years of supervised release, a fine of $250,000, and a mandatory special assessment of $100.

<u>FACTUAL BASIS</u>

On or about August 17, 2015, PEREZ PAEZ, who is a native and citizen of Mexico, was encountered by the Tennessee Sherrif's Department and remanded to the custody of ICE where he was interviewed and fingerprinted. They determined that PEREZ PAEZ unlawfully entered the United States through Mexico without permission.

On November 16, 2018, an immigration judge ordered his removal, and he was removed from the United States on or about December 17, 2018. He was encountered again on November 20, 2025, during a traffic stop by Florida Highway Patrol for having improper tags on the car. PEREZ PAEZ was one of the passengers in the car, and was here voluntarily. Upon completion of records checks, law enforcement learned that PEREZ PAEZ was here illegally. His fingerprints were submitted through DHS and FBI biometric identification databases and compared with those taken prior to his removal from the United States. The databases show that the fingerprints are from the same person.

PEREZ PAEZ has not received permission from either the Attorney General of the United States or the Department of Homeland Security to apply for readmission to the United States.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By:   /s/ *Yara Dodin*
Yara Dodin
Assistant United States Attorney
Florida Bar No.: 0124979
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone:  (813) 274-6000
Facsimile:   (813) 274-6358
Email: Yara.Dodin@usdoj.gov

**U.S. v. Perez Paez**                    **Case No. 25-CR-00574-RAL-AEP**

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on January 14, 2026, I electronically filed the foregoing

with the Clerk of the Court by using the CM/ECF system which will send a notice of

electronic filing to the following:

Counsel of Record

/s/ *Yara Dodin*
Yara Dodin
Assistant United States Attorney
Florida Bar No.: 0124979
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone:  (813) 274-6000
Facsimile:   (813) 274-6358
E-mail: Yara.Dodin@usdoj.gov