# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

## CLERK'S MINUTES

| CASE NO. | 8:25-cr-574-RAL-AEP | | DATE: | February 10, 2026 |
|---|---|---|---|---|
| **HONORABLE ANTHONY E. PORCELLI** | | | **INTERPRETER:** | James Plunkett, sworn |
| UNITED STATES OF AMERICA<br><br>v.<br><br>LAMBERTO PEREZ PEREZ | | | **LANGUAGE:** | spanish |
| | | | **GOVERNMENT COUNSEL**<br>Yara Dodin AUSA | |
| | | | **DEFENSE COUNSEL**<br>Rya Maguire AFPD | |
| **COURT REPORTER:** Digital | | | **DEPUTY CLERK:** | Lynne Vito |
| **TIME:** | 11:09 to 11:31 | **TOTAL: 22 min** | **PROBATION:** | |
| | | | **COURTROOM:** | 10A |

**PROCEEDINGS:** **GUILTY PLEA PROCEEDINGS –**

DEFENDANT SWORN.  **NOTICE OF ESSENTIAL ELEMENTS, FILED.**

Factual basis established.

Plea of guilty entered as to COUNT ONE OF THE INDICTMENT

Adjudication of guilt **deferred**.

Referred to probation for pre-sentence investigation.

SENTENCING DATE to be determined.

**DEFENDANT REMANDED TO CUSTODY OF USMS**