# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                     Case No.: 8:25-cr-574-RAL-AEP


LAMBERTO PEREZ PAEZ
_____

## ACCEPTANCE OF PLEA OF GUILTY
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge, the

plea of guilty of the Defendant as to Count One of the Indictment is now accepted and the

Defendant is adjudged guilty of such offense. A sentencing hearing is scheduled on **FRIDAY,**

**MAY 1, 2026, at 9:45 A.M.** before United States District Judge Richard A. Lazzara, at the Sam M.

Gibbons United States Courthouse, Courtroom 17, 801 N. Florida Avenue, Tampa, Florida, 33602.

IT IS SO ORDERED.

**DONE AND ORDERED** in Tampa, Florida this 11th day of February, 2026.


/s/ *Richard A. Lazzara*
RICHARD A. LAZZARA
UNITED STATES DISTRICT JUDGE


Copies furnished to: All Parties and Counsel of Record
Agencies: USPTS; USMS; USPO

**NOTE:**     **Defense counsel must review the PSI Report with their client prior to
sentencing. Counsel/USPO to promptly notify Courtroom Deputy Clerk
Kristin Carreon (813-301-5697) if an evidentiary sentencing is requested
and/or if the sentencing proceeding will exceed thirty minutes. Any request
for a continuance must be filed fourteen days prior to the sentencing date.**